AUSA

FILED

JUL 10 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY TAW DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8621

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Macrina OBESO-Lopez,<br><br>Defendant. | ) | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 9, 2008, within the Southern District of California, defendant Macrina OBESO-Lopez did knowingly and intentionally import approximately 53.48 kilograms (117.65 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 10TH DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Macrina OBESO-Lopez

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent (SA) Esparza.

On July 9, 2008 at approximately 0855 hours, Macrina OBESO entered the United States at the Calexico, California, West Port of Entry. OBESO was the driver, registered owner, and sole occupant of a 2000 Toyota Tacoma. The primary inspector, CBPO L. Romero, referred the vehicle to the secondary lot for closer examination.

CBPO C. Randolph utilized his assigned canine on the vehicle. The canine alerted to the bed of the pickup.

The secondary officer, CBPO B.R. Brown, searched the vehicle and discovered several packages in the bed of the pickup. A package was probed by CBPO Brown and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The package had a net weight of approximately 53.48 kilograms (117.66 pounds).

OBESO was placed under arrest and advised of her Constitutional Rights, by SA Esparza, which she acknowledged and waived, agreeing to answer questions. OBESO admitted knowledge of the marijuana in the vehicle.

OBESO was booked into the Imperial County Jail pending her initial appearance before a U.S. Magistrate Judge.